OTKUPMAN LAW FIRM, A LAW CORP.
ROMAN OTKUPMAN (SBN 249423)
5950 Canoga Avenue, Suite 550
Woodland Hills, CA  91367
Telephone:      (818) 293-5623
Facsimile:      (888) 850-1350
Email:          *Roman@OLFLA.com*

Attorneys for Plaintiff
ARNITA WILLS

JACKSON LEWIS P.C.
ROBERT J. SCHNACK (SBN 191987)
ERIKA BARBARA PICKLES (SBN 215702)
801 K Street, Suite 2300
Sacramento, California  95814
Telephone:      (916) 341-0404
Facsimile:      (916) 341-0141
Email:          *schnackr@jacksonlewis.com*
                *picklese@jacksonlewis.com*

Attorneys for Defendant
WAREHOUSE DEMO SERVICES, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNITA WILLS,<br><br>       Plaintiff,<br><br>  v.<br><br>WAREHOUSE DEMO SERVICES, INC.,<br>A WASHINGTON CORPORATION, and<br>DOES 1 through 100, inclusive,<br><br>      Defendants. | **CASE NO. 1:14-CV-00526-MCE-MJS**<br><br>**STIPULATED DISMISSAL WITH PREJUDICE; ORDER** |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff ARNITA WILLS and Defendant WAREHOUSE DEMO SERVICES, INC., by and through their respective attorneys of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii)

///

///

1

1   of the Federal Rules of Civil Procedure to dismissal of this action in its entirety, with prejudice,

2   and without an award of attorney's fees or costs to any party.

3   Dated:  December 24, 2014                    OTKUPMAN LAW FIRM, A LAW CORP.

4                                                By:___/s/ (as authorized on 12/24/2014)_____
                                                       ROMAN OTKUPMAN

5                                                Attorneys for Plaintiff
                                                 ARNITA WILLS
6

7   Dated:  December 24, 2014                    JACKSON LEWIS P.C.

8                                                By:___/s/ Erika B. Pickles_____
                                                       ROBERT J. SCHNACK
                                                       ERIKA BARBARA PICKLES
9
                                                 Attorneys for Defendant
10                                               WAREHOUSE DEMO SERVICES, INC.

11                                          **ORDER**

12          Based on the foregoing stipulation and otherwise finding good cause therefor, IT IS

13  HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an

14  award of attorney's fees or costs to any party.  The Clerk of the Court is directed to close this

15  case.

16          IT IS SO ORDERED.

17  Dated:  January 5, 2015

18

19  _____
         MORRISON C. ENGLAND, JR., CHIEF JUDGE
20       UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

                                               2